## ANONYMOUS.

*Matter of Practice.*

*Motion allowed.*

## THE STATE v. SAILER.

##### ON INDICTMENTS FOR MISDEMEANORS.

*Matter of Practice.*

*Rule granted.*